# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

IN RE: DEMETRIOS A. DALACAS,  )
ATTORNEY AT LAW, BAR NO. 7317.  )
)  Case No.: 2:19-ms-00059
)
)  **ORDER OF SUSPENSION**
)
)
)
)

On June 24, 2019, this Court entered an Order to Show Cause, mailed via certified mail with a Certified Mail Return Receipt date of delivery of June 25, 2019. The Order to Show Cause provided Mr. Dalacas with thirty (30) days to respond with reasons why he should not be suspended from the practice of law in this Court. No response has been received from Mr. Dalacas. Failure to respond within thirty (30) days warrants an Order of Suspension. Local Rule IA 11-7.

Accordingly, **IT IS HEREBY ORDERED** that Demetrios A. Dalacas, Bar No. 7317, is hereby **SUSPENDED** from practice in United States District Court for the District of Nevada.

**DATED** this  11   day of August, 2019.

_____
Gloria M. Navarro, Chief Judge
United States District Court

**CERTIFICATE OF SERVICE**

Pursuant to Fed. R. Civ. P. 5(b) and LR 5-1, I hereby certify that I am an employee of United States District Court, and that on this _12th_ day of August, 2019, I caused to be served a true and correct copy of the foregoing Order of Suspension to the following parties via Certified Mail, Return Receipt Requested via the United States Postal Service, in a sealed envelope, postage prepaid, to the following:

    Demetrios A. Dalacas, Esq.
    c/o Jeffrey S. Posin, Esq.
    Posin Law Group, PC
    2520 St. Rose Parkway, Suite 301
    Henderson, NV 89074

Certified Mail No.: 7017 3380 0000 4606 2232

    Demetrios A. Dalacas, Esq.
    c/o Harvey Gruber, Esq. Mayfield, Gruber & SHects
    223 Water Street, #C
    Henderson, NV 89015

Certified Mail No.: 7017 3380 0000 4606 2249

    /s/ Lorena Q.
    Deputy Clerk
    United States District Court,
    District of Nevada